1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINDA SALAS,<br><br>        Plaintiff,<br><br>    v.<br><br>LAUNDERLUX, LLC, and others,<br><br>        Defendant. | Case No. 16-cv-03740 NC<br><br>**ORDER APPROVING SETTLEMENT AND TERMINATING CASE**<br><br>Re: ECF 34 |

Presented to the Court is a stipulated settlement and proposed order of dismissal. ECF 34. Because one of plaintiff's claims is under the federal Fair Labor Standards Act (FLSA), approval by either the Secretary of Labor or the Court is required before the claim may be settled. When presented with a proposed settlement of an FLSA claim, the Court "must determine whether the settlement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions." *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982); *Yue Zhou v. Wang's Restaurant*, Case No. 05-cv-0279 PVT, 2007 WL 2298046, at *1 (N.D. Cal. Aug. 8, 2007).

The Court reviewed the settlement in open court on August 9. The Court determines that the settlement is fair and reasonable. It is approved. In accordance with the settlement terms, the case is dismissed and the clerk of court is asked to terminate the case administratively. The Court retains jurisdiction solely for the purpose of enforcing

Case No. 16-cv-03740 NC

the settlement agreement and this order.

**IT IS SO ORDERED.**

Dated: August 14, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge